**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER; FRIENDS OF THE SHASTA RIVER,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ALICIA VAN ATTA, in her official capacity, Assistant Regional Administrator, California Coastal Office, National Marine Fisheries Service; JIM SIMONDET, in his official capacity, Contact, California Coastal Office, National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE, California Coastal Office,<br><br>        Defendants - Appellees. | No. 24-1813<br><br>D.C. No. 3:22-cv-03520-TLT<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Trina L. Thompson, District Judge, Presiding

Argued and Submitted February 7, 2025
San Francisco, California

---

      [*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Before: FORREST and SANCHEZ, Circuit Judges, and EZRA, District Judge.**

At oral argument, Plaintiffs-Appellants Environmental Protection Information Center and Friends of the Shasta River conceded that they lack appellate standing and asked us to dismiss this appeal. The Government agrees. So do we.

**DISMISSED.**

---

** The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.